# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: APPOINTMENT TO THE      :    No. 693

                                    :

JUDICIAL CONDUCT BOARD      :    SUPREME COURT RULES DOCKET

                                    :

                                    :

                                    :

                                    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 26th day of February, 2016, The Honorable Elizabeth S. Beckley, Cumberland County, is hereby appointed a member of the Judicial Conduct Board for a term of four years commencing March 14, 2016.

     Justice Eakin did not participate in the consideration or decision of this matter.